1022

[No. 47698-3-II. Division Two. November 17, 2015.]

*In the Matter of the Personal Restraint of* NAAMAN JAMAL WASHINGTON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.

[No. 32440-1-III. Division Three. November 17, 2015.]

FIRE CONTROL RESOURCES, LLC, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-02987-6, Linda G. Tompkins, J., entered March 21, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32860-1-III. Division Three. November 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCOS AVALOS BARRERA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00366-1, Evan E. Sperline, J., entered October 7, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32227-1-III. Division Three. November 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JOHN OSIADACZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00119-4, Scott R. Sparks, J., entered January 6, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.